FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 2 5 2009
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CORNELIO D. MCDONALD,

          Plaintiff,

- against -

UNITED STATES POSTAL SERVICE
AGENCY,

          Defendant.

----------------------------------------------------------X

**ORDER**
**08-CV-4937 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

Plaintiff filed a motion to amend on September 24, 2009. <u>See</u> docket entry 22. Defendant answered the amended complaint on November 23, 2009. <u>See</u> docket entry 28. The Clerk of Court shall mark plaintiff's motion to amend as granted and shall file plaintiff's proposed amended complaint as his amended complaint. <u>See</u> docket entry 22-1. The parties are referred to the Court's August 31, 2009 scheduling order, which sets January 11, 2010 as the deadline for the parties to complete discovery and February 12, 2010 as the date to request permission to move for summary judgment. <u>See</u> docket entry 21.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: November 24, 2009
       Brooklyn, New York

